U.S. District of
Massachusetts

Plaintiff
Baher Andrawis

Vs

① Defendants:
- City of East Providence
- State of Rhode Island and Providence Plantations

# Complaint

Baher Andrawis has a breeding hobby that by mid summer of 2021 had became a small business. Late spring of 2021 an animal control officer from East Providence Police Departement came by Andrawis apartement at 233 Mauran ave East Providence R.I 02914 where Andrawis had two females and one 2 month kitten male. The officer's name is William Muggle. He said "Someone called and complained that a cat was meaw-ing". Andrawis responded to Muggle and let him in the house at 233 Mauran Ave East Providence.

Complaint

Before Muggle had climed the stairs, Andrawis had openly told Muggle that he is aware of his rights and letting Muggle in 233 Mauran Ave is because Andrawis has nothing to hide. Muggle asked Andrawis about the two adult cats and the small kitten and he was told they are all breeding Pure Maine Coon Cats, and the main breeder is located in Massachusetts. Muggle told Andrawis that he would need to file with the city of East Providence for every cat that Andrawis owns before he can get a breeder's license in the state of

R.I. This conversation took place inside 233 Mauran Ave East Providence.

Andrawis asked Muggle where to start. At this point Muggle had asked Andrawis for his I.D. wrote his name. Andrawis then told Muggle that his email is his first name small 777 @ aol.com. Muggle agreed to email the papper work for the cats that Andrawis kept in East Providence. When Muggle was leaving 233 Mauran Ave East Providence, said "We have not had a breeder in East Providence for the past seventeen years.

On September 21/2021, Andrawis was leaving 233 Mauran Ave to visit his first born at Women and Infants hospital to find Muggle outside 233 Mauran Ave along with another officer from (RI SPCA) asking to get in 233 Mauran Ave. The SPCA officer's name is Earl Newman. Muggle was making allegations that one of Andrawis's cats was in bad health and he wanted to see her. Andrawis offered to bring the cat in question to both officers. Muggle replaied "I want to see your set up". Andrawis felt that Muggle never intended to allow breeders in his Town.

Muggle started threatening Andrawis with court summons if he is not allowed to see inside 233 Mauran. Andrawis told both Muggle and Newman that he is not letting them without a court order.

On the following Friday around 2:30 pm Andrawis had just walked in from the hospital with new born Sophia Baher Andrawis to find two animal controle officers from East Providence, Two East Providence Police officers, Two R.I. SPCA officers with a Search warrant from the State of R.I. All six of them came in 233 Mauran Ave to Search. All the cats and Kittens were in clear

site in the Living room. All were healthy Looking, sleeping, perfect enviroment with fresh food and water. Newman started saying to Andrawis that he can make this go away, as if Andrawis was commetting a crime. With six police officers inside 233 Mauran Ave. Andrawis had to play along asking "What are you offering". Newman said "We will let you Keep two and sign away the rest".

Andrawis answered "Do you guys get checked".

Newman did not speak after and left 233 Mauran Ave. Not long after Newman left, the two police officers left 233 Mauran Ave commenting on how clean

the house at 233 Mauran Ave. Muggle had left after Newman for ten minutes, leaving officer Mello from the SPCA of R.I. to guard 233 Mauran Ave from the Livingroom. Muggle came back to tell Andrawis that he would remove all the animals. Andrawis played along knowing that his rights are beeing violated. Andrawis asked Mello to make a list of all the animals and take pictures of each one and email it to Andrawis.
At this point Muggle brought an employee from SPCA East Providence to help remove the animals.
Andrawis watched Mello and the employee

9 of 15

Take pictures and write the list of animals. The two animal control officers "Muggle and John Dow" packed eighteen pure bred Maine Coon cats and kittens in three carriers and loaded them in a SPCA Van.

Andrawis went after Mello to get the list, she was gone. Andrawis went to the SPCA to speak with the director about what just happened at 233 Mauran Ave, the director refused to answer and said "We don't have your cats"

The weekend roled by, On Monday Andrawis was calling SPCA to be told that my animals at East Providence Animal Shelter

Newman also said to andrawis "You could have made it easier on yourself" Such words used with criminals.
Andrawis had no choice but to play along until he gets his cats back. Andrawis had to contact the R.I. State Vet, who made a recomandation for release all animals back to 233 Mauran Ave.
Muggle made some impoundment log for all Eigteen cats for five days stay at the shelter inside steel cages.
Muggle charged Andrawis over eleven hundred dollars for Locking up the cats over the weekend.
Andrawis Paid in cash took the paperwork, the cats and went to 233 Mauran Ave

Andrawis was talking to Muggle while the paperwork was prepared to release the cats. In the a few moments Muggle told Andrawis that animal controle officers would be visiting 233 Mauran Ave on regular basis if Andrawis decides to breed his cats in East Providence.

The search warrant is clear about returning the finding and a list of the animals. officer Mello returned the search warrent on Oct 1st/2021 marked "Person Not Charged."

Andrawis has a full certified copy from R.I. district court which does not include the findings nor the List of animals that were taken from 233 Mauran Ave

Andrawis had to stand his ground and tell the officers at 233 Mauran ave that he would get his cats back. Andrawis made it clear that he would go to court and he would get his animals back while they were removing them from a perfect setting.

Andrawis comes to the court seeking:
1) Eleven hundred dollars from City of East Providence
2) Three thousand dollars for all coasts in relation
3) One thousand dollars per cat, per day for being cruel, to a total of Ninty thousand dollars
4) Two hundred thousand dollar per day for the five days Andrawis had to deal with the stress Muggle

had caused Andrawrs, knowing that his cats are not just a small business. Andrawis is asking total of one million dollars for his stress.

List of officers present:

1) Muggle        Animal Control East Providence
2) John Dow I    Animal Control East Providence
3) John Dow II   Police officer East Providence
4) John Dow III  Police officer East Providence
5) Earl Newman   R.I. SPCA.
6) Mello         R.I. SPCA.

It is clear that Muggle had planned to violate Andrawis right and he used the city's shelter to keep healthy

pure bred Maine Coon cats for a period of five days hoping that Andrawrs fails to pay and recover his animals.

It is clear that Newman had planned to scare Andrawrs so he can have him sign away his ownership to live stock worth thirty thousand dollars.

It is clear that Mello violated the search warrent by blinding the district court with "Not charged" and no findings or a list of animals

It is clear that John Dow I animal controle officer played a big role removing healthy animals.

It is clear that the two police officers John Dow II and John Dow III are in contempt of court as much as, Muggle Mello and Newman by ommition.

Plaintiff
Baher Andraus   49 Clematis Rd
                Medford M.A 02155

Baher Andraus   Dec 16th, 2021